**RECEIVED**
JUL 22 2008
JUL 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN KEELER

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart
Salvador Godinez
Will Thomas

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case N
(To b

**08CV4152**
**JUDGE DER YEGHIAYAN**
**MAG. JUDGE MASON**

CHECK ONE ONLY:

☑ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: John Keeler

   B. List all aliases: John Fitzgerald, Willie Keeler, John Keeler

   C. Prisoner identification number: 20070016247

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas J. Dart
      Title: Sheriff of Cook County Jail
      Place of Employment: 50 W. Washington Room 704

   B. Defendant: Salvador Godinez
      Title: Executive Director
      Place of Employment: 2700 S. California

   C. Defendant: Will Thomas
      Title: Superintendent Division 9
      Place of Employment: 2700 S. California

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Aramark Corporation 08CV2740

B. Approximate date of filing lawsuit: May 7, 08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: ARAMARK CORPORATION

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Der-Yeghiayan

G. Basic claim made: Violation my Civil Right. Rights. And Embezzling money.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Was dismissed, But will a appealed.

I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Detainee Keeler Retired while being housed in Protected custody. Executive Director S. Godinez has made a policy here at Cook county Jail that, violated my constitutional Rights by not allowing me access to call my attorney, who is my Assistant Public Defender to Talk my case over. The hours that was order, by Exec Director Godinez to let me out my cell was, 7:30 a.m to 10:30 a.m. The next day 4:00 p.m to 6:30 p.m. Knowing these the hours my Attorney will be in court or gone home for the day, therefore, this is not giving me anytime. I've asked the sergeants and lieutenants. on 7-3. could i use the phone, and was told per Godinez, if i couldn't get

in touch with my Attorney while out doing my Day Room time, I'll be shit out of luck. I've wrote the Superintendent Thomas and he refused to acknowledge saying no. Because he don't give out special priveledges. This have been wrote up once before. I've written to the Sheriff Thomas J. Dart about Director Godinez misconduct and he refused to stop Godinez from making a policy that will violate my rights. Also the other way Godinez have it setted up where we can't call my Attorney is by what they call power washing which starts at 3:30 p.m. To 8:00 p.m. cleaning the wash room to keep us in our cells to try in justify not letting me out. However, general population is allowed out from 7:30 a.m. To 1:30 p.m. Than at 3:30 p.m. To 6:30 p.m. From 6:30 p.m. To 9:30 p.m. which I find this also Discrimination against me.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That I be conversated 250,000 For Suffering and stress. And For violation my Federal Rights. And constitutional rights. Also Change the time out cells inorder to call Attorneys. And violation Departmental Rules And Regulation

VI.  The plaintiff demands that the case be tried by a jury.   ☐ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 _68_

_John Keeler_
(Signature of plaintiff or plaintiffs)

_John Keeler_
(Print name)

_200700 16247_
(I.D. Number)

_P.O. Box-089002_

_Chicago Il 60608_

(Address)

6

Revised 9/2007

Part-A / Control #: _____ X _____

Referred To: Div 9/SSpt.

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Kepler**  First Name: **John**

ID #: 2007-0011247  Div.: 9  Living Unit: 3B  Date: 1/23/08

BRIEF SUMMARY OF THE COMPLAINT: Detainee Kepler noticed while being in pre-trial custody the Exec Director S. Godinez has made a policy here at Cook County Jail that has violated my constitutional rights, by not allowing me access to pre-call my attorney due to the hours in my cell. Detainee Keller is allowed out cell 7:30 am to 10:30 am on one day, the next day from 4:00 p.m. to 6:30 p.m. not giving me enough time to call my attorney. Exec Director S. Godinez brought this policy from prison where he last worked at. Not having hours at the _____ Cook County Jail.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: that I be compensated 100,000 for suffering and constitutional violation my federal rights.

DETAINEE SIGNATURE: John Kepler

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 04/25/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

*Please Note :*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

Detainee's Last Name: __Keeler__   First Name: __John__

ID#: __07-0014247__   Div: __9__   Tier/LivingUnit: __3G__

Date of Request: __5/22/08__   Date C.R.W. Received Request: __6/19/08__

This request has been processed by: __V. Butler__ C.R.W.

**Summary of Request:**
Detainee request assistance regarding being allowed to call his attorney.

**Response and/or Action Taken:**
Detainees are allowed hours out on 7-3, 11-7, 3-11 shifts on an alternating schedule. If specific times are needed for phone calls, those needs should be addressed to properly supervisor. A review of the hours out schedule will be done to ensure sure policy is being followed by staff.

__C. Welch__   __[signature]__   Date: __6/20/08__   Div./Dept. __9__
(Print- name of individual responding)   (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

Part-A / Control #: _____

Referred To: Sup Div 9

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE     3G  32864  2007

Detainee Last Name: Kobler      First Name: John

ID #: 2001-0016247   Div.: 9   Living Unit: 3B   Date: 5/23/08

BRIEF SUMMARY OF THE COMPLAINT: On 5-23-08 Detainee Kobler tried to call my attorney Mr. Hall but was denied. The unknown officer who worked Divison 9 3B's was told that the order came down from Exec. Director Gradinez to Supt. _____ that no Detainee could use the phone on the weekend. This is not my first time filing a grievance on this matter when on 1-23-08 the same thing occurred. Detainee Kobler views this as Discrimination as it sets one part of the jail I have access the other on 3 weekdays. I am being harmed in being denied _____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
_____

DETAINEE SIGNATURE: John Kobler

C.R.W.'S SIGNATURE: V. Dilla      DATE C.R.W. RECEIVED: 6/19/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: ALQYLSI

Referred To: Supt Div 9

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

3G 3326

Detainee Last Name: Keller  First Name: John

ID #: 2007-0016247  Div.: 9  Living Unit: 3B  Date: 6/10/08

BRIEF SUMMARY OF THE COMPLAINT: Where I am only allowed out my cell some days for one hour and some days 3 hours a day, doing different times one day might be 7:30 a.m to 8:30 a.m the next day 7:00 p.m to 6:30 p.m. I feel this is a violation, as well. Discrimination; Cause population is allowed out from 7:30 a.m to 10:30 a.m then from 10:30 to 1:30 p.m, 3:30 p.m to 6:30 p.m, 6:30 pm to 9:30 p.m However Director Gadinez and Superintendent thomas is not allowing me access to my attorney, I'm sure they will __ security reason, to ___ ___ violation my right.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: the stole 3B wing.

ACTION THAT YOU ARE REQUESTING: that i be allowed to call my attorney and be conversate for my suffering. 250,000

DETAINEE SIGNATURE: John Keller

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: 6/19/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)