

**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | JOHN KEELER | **Defendant(s):** | THOMAS J. DART, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

John Keeler
#2007-0016247
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

FILED
JUL 2 2 2008
Jul 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV4152**
**JUDGE DER YEGHIAYAN**
**MAG. JUDGE MASON**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke    **Date:** 7/22/08

Der Yeghiayan
Mason    08 C 2740