## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4152 | **DATE** | 8/6/2008 |
| **CASE TITLE** | John Keeler (#2007-0016247) vs. Thomas J Dart, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [3] is denied. Plaintiff is given until September 12, 2008, to pay the required filing fee or file an accurately and properly completed in forma pauperis application form. Plaintiff is warned that failure to pay the filing fee or file an accurately and properly completed in forma pauperis application form by September 12, 2008, will result in the dismissal of the instant action

■[ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

     This matter is before the court on Plaintiff John Keeler's ("Keeler") motion for leave to proceed *in forma pauperis*. Keeler has failed to provide sufficient information concerning his financial status and has not properly completed his *in forma pauperis* application form. For example, Keeler fails to provide the date of his last employment, the name and address of his last employer, and the monthly salary or wages of his last employment, all of which are required on Keeler's *in forma pauperis* application form. Thus, Keeler has not properly completed his *in forma pauperis* application form and we deny Keeler's motion for leave to proceed *in forma pauperis*. Keeler is given until September 12, 2008, to pay the required filing fee or file an accurately and properly completed *in forma pauperis* application form. Keeler is warned that failure to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by September 12, 2008, will result in the dismissal of the instant action.