

### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) *JOHN KEELER*

FILED icw

Aug 14, 2008    Case Number: *08C4152*

AUG 14 2008

V.

Defendant(s) *THOMAS J. DART,*
*SALVADOR GODINEZ,*
*Jill THOMAS*

AUG 14 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT    Judge: *DER-YEGHIAYAN*

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, *John Keeler* ,declare that I am the (check appropriate box)
    [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
    this proceeding[NOTE: This item *must* be completed]: *William E. Meyer Jr, 233 S.*
    *Wacker Dr, suite 6600, Chicago IL, 60606) Darling J. David, 150*
    *N. Michigan Ave. suite 2600, Chicago IL, 60601) Charles Dana*
    *Crowley, 39 S Lasalle St. suite 767, Chicago IL, 60603*

3.  In further support of my motion, I declare that (check appropriate box):
    [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court
    in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
    in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):
    [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
    detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
    it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
    However, my financial status has changed and I have attached an Amended Application to Proceed *In
    Forma Pauperis* to reflect my current financial status.

    I declare under penalty that the foregoing is true and correct

*John Keeler*
Movant's Signature

*P.O. Box-089002*
Street Address

*8-6-08*
Date

*Chicago IL, 60608*
City, State, ZIP