M HN

**FILED**
AUG 28 2008
8-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) JOHN KEELER

v.

Defendant(s) THOMAS J. DART,
SALVADOR GODINEZ,
Jill THOMAS

Case Number: 08C4152

Judge: DER-YEGHIAYAN

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, John Keeler, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]: William E. Meyer JR, 233 S. Wacker DR suite 6600, Chicago IL 60606) Darling J. David, 150 N. Michigan Ave. Suite 2600, Chicago IL 60601) Charles Dana Crowley, 39 S Lasalle St. Suite 767, Chicago IL 60603

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In *Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

John Keeler
Movant's Signature

8-6-08
Date

P.O. Box 089002
Street Address

Chicago IL, 60608
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

John Keeler
#20070016247
Div-9-3G
P.O. Box 089002
Chicago Il, 60608

8-6-08

Dear Atty Crowley

I'm writing do to trying to get a lawyer to help represente me in a civil case against cook county jail officials. I've filed my complaint in federal court and was given a case docket number #08C4152, And sign a Judge, Judge Der-Yeghiayan. Therefore if you could be helpful. Please let me no.

Thanks for your time

John Keeler
John Keeler
#20070016247

John Keeler #20070016247
Div-9-3G
P.O. Box-089002
Chicago Il, 60608

Dear Atty David.                                  8-6-08

    I'm writing do to trying to get a lawyer to help represent me in a civil case against Cook County Jail officials. I've filed my complaint in federal court and was given a case docket number # 08C4152; and a sign a judge, Judge Der-Yeghiayan. Therefore if you could be any helpful, please let me no

Thanks for your Time

John Keeler
John Keeler
20070016244

John Keeler #20070016247
Div-9-3G
P.O. Box-089002
Chicago Il, 60608

Dear Atty Meyer Jr.                                              8-6-08

I'm writing to to trying to get a lawyer to help represente me in a civil case against Cook County Jail officials. I've filed my complaint in federal court and was given a case docket number #08C4152 and a Siga Judge. Judge Der-Yeghiayan. Therefore, if you could be any helpful, please let me no.

Thanks for your Time

John Keeler
John Keeler
#20070016247

7/11/02

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

RECEIVED
JUL 2 2 2008
MICHAEL W. DO[...]
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JOHN KEELER
Plaintiff

v.

Thomas J. Dart
Defendant(s)

Salvador Godinez, Will Thomas

CASE NUMBER **08 C 4152**

JUDGE **JUDGE DER-YEGHIAYAN**

**MAGISTRATE JUDGE MASON**

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, **John Keeler**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # **20070016247** Name of prison or jail: **Cook County Jail**
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount:_____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages  ☐Yes  ☒No
      Amount_____ Received by_____

    b.   ☐ Business, ☐ profession or ☐ other self-employment   ☐ Yes   ☒ No
  Amount_____ Received by_____

    c.   ☐ Rent payments, ☐ interest or ☐ dividends   ☐ Yes   ☒ No
  Amount_____ Received by_____

    d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                       ☐ Yes   ☒ No
  Amount_____ Received by_____

    e.   ☐ Gifts or ☐ inheritances   ☐ Yes   ☒ No
  Amount_____ Received by_____

    f.   ☐ Any other sources (state source:_____)   ☐ Yes   ☒ No
  Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No Total amount:_____
   In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
   Address of property:_____
   Type of property:_____ Current value:_____
   In whose name held:_____ Relationship to you:_____
   Amount of monthly mortgage or loan payments:_____
   Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☒ No
   Property:_____
   Current value:_____
   In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6-30-08

_John Keeler_
Signature of Applicant

_John Keeler_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Keller, John_, I.D.# _20070016247_, has the sum of $ _216.58_ on account to his/her credit at (name of institution) _Cook County Dept of Correction_. I further certify that the applicant has the following securities to his/her credit: _0_. I further certify that during the past six months the applicant's average monthly deposit was $ _74.16_.
(Add all deposits from all sources and then divide by number of months).

_6-24-08_
DATE

_V. Butler_
SIGNATURE OF AUTHORIZED OFFICER

_V. Butler_
(Print name)

rev. 7/18/02

-3-



**TRANSACTION REPORT**
Print Date: 06/24/2008

Inmate Name: KELLER, JOHN        Balance: $216.58
Inmate Number: 20070016247
Inmate DOB: 10/26/1971

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 06/17/2008 | RETURN CREDIT | 1.65 | 216.58 |
| 06/17/2008 | CREDIT | 200.00 | 214.93 |
| 06/11/2008 | ORDER DEBIT | -35.07 | 14.93 |
| 06/06/2008 | CREDIT | 50.00 | 50.00 |
| 04/30/2008 | ORDER DEBIT | -1.92 | 0.00 |
| 04/23/2008 | ORDER DEBIT | -11.43 | 1.92 |
| 04/16/2008 | ORDER DEBIT | -7.84 | 13.35 |
| 04/09/2008 | ORDER DEBIT | -28.81 | 21.19 |
| 04/07/2008 | CREDIT | 50.00 | 50.00 |
| 04/02/2008 | ORDER DEBIT | -0.06 | 0.00 |
| 03/26/2008 | ORDER DEBIT | -29.94 | 0.06 |
| 03/20/2008 | CREDIT | 30.00 | 30.00 |
| 02/20/2008 | ORDER DEBIT | -0.90 | 0.00 |
| 02/13/2008 | ORDER DEBIT | -11.30 | 0.90 |
| 02/06/2008 | ORDER DEBIT | -37.86 | 12.20 |
| 01/30/2008 | ORDER DEBIT | -21.02 | 50.06 |
| 01/25/2008 | CREDIT | 50.00 | 71.08 |
| 01/23/2008 | ORDER DEBIT | -23.08 | 21.08 |
| 01/21/2008 | RETURN CREDIT | 23.14 | 44.16 |
| 01/16/2008 | ORDER DEBIT | -20.16 | 21.02 |
| 01/15/2008 | RETURN CREDIT | 0.78 | 41.18 |
| 01/10/2008 | CREDIT | 40.00 | 40.40 |
| 01/09/2008 | ORDER DEBIT | -1.56 | 0.40 |
| 01/02/2008 | ORDER DEBIT | -23.14 | 1.96 |
| 12/24/2007 | CREDIT | 25.00 | 25.10 |
| 11/27/2007 | ORDER DEBIT | -0.06 | 0.10 |
| 11/13/2007 | ORDER DEBIT | -3.70 | 0.16 |
| 11/10/2007 | RETURN CREDIT | 3.70 | 3.86 |
| 11/06/2007 | ORDER DEBIT | -24.01 | 0.16 |
| 11/06/2007 | RETURN CREDIT | 24.02 | 24.17 |

| Date | Type | Amount | Balance |
|---|---|---:|---:|
| 10/30/2007 | ORDER DEBIT | -0.95 | 0.15 |
| 10/23/2007 | ORDER DEBIT | -24.02 | 1.10 |
| 10/15/2007 | RETURN CREDIT | 25.02 | 25.12 |
| 10/11/2007 | ORDER DEBIT | -25.02 | 0.10 |
| 10/10/2007 | CREDIT | 25.00 | 25.12 |
| 10/02/2007 | ORDER DEBIT | -51.43 | 0.12 |
| 10/02/2007 | CREDIT | 50.00 | 51.55 |
| 09/25/2007 | ORDER DEBIT | -12.76 | 1.55 |
| 09/18/2007 | ORDER DEBIT | -35.71 | 14.31 |
| 09/12/2007 | CREDIT | 50.00 | 50.02 |
| 08/22/2007 | ORDER DEBIT | -3.99 | 0.02 |
| 08/14/2007 | ORDER DEBIT | -15.61 | 4.01 |
| 08/07/2007 | ORDER DEBIT | -30.88 | 19.62 |
| 07/27/2007 | CREDIT | 50.00 | 50.50 |
| 07/10/2007 | ORDER DEBIT | -8.58 | 0.50 |
| 07/06/2007 | RETURN CREDIT | 8.87 | 9.08 |
| 07/03/2007 | ORDER DEBIT | -8.87 | 0.21 |
| 06/27/2007 | ORDER DEBIT | -9.77 | 9.08 |
| 06/20/2007 | ORDER DEBIT | -32.80 | 18.85 |
| 06/13/2007 | CREDIT | 40.00 | 51.65 |
| 06/06/2007 | ORDER DEBIT | -9.84 | 11.65 |
| 06/01/2007 | PAYROLL | 6.00 | 21.49 |
| 05/30/2007 | ORDER DEBIT | -24.67 | 15.49 |
| 05/24/2007 | PAYROLL | 4.00 | 40.16 |
| 05/23/2007 | ORDER DEBIT | -11.76 | 36.16 |
| 05/18/2007 | PAYROLL | 8.00 | 47.92 |
| 05/17/2007 | PAYROLL | 8.00 | 39.92 |
| 05/16/2007 | ORDER DEBIT | -17.40 | 31.92 |
| 05/12/2007 | RETURN CREDIT | 2.00 | 49.32 |
| 05/09/2007 | ORDER DEBIT | -30.96 | 47.32 |
| 05/07/2007 | RETURN CREDIT | 24.16 | 78.28 |
| 05/04/2007 | PAYROLL | 4.00 | 54.12 |
| 05/02/2007 | ORDER DEBIT | -29.94 | 50.12 |
| 05/01/2007 | RETURN CREDIT | 55.00 | 80.06 |
| 05/01/2007 | CREDIT | 25.00 | 25.06 |
| 04/04/2007 | ORDER DEBIT | -34.56 | 0.06 |
| 03/28/2007 | ORDER DEBIT | -24.16 | 34.62 |
| 03/21/2007 | ORDER DEBIT | -65.47 | 58.78 |
| 03/14/2007 | ORDER DEBIT | -95.29 | 124.25 |
| 03/07/2007 | ORDER DEBIT | -98.46 | 219.54 |
| 03/06/2007 | CREDIT | 318.00 | 318.00 |

© 2004 ARAMARK Corporation. All Rights Reserved