**ATTACHMENTS TO COMPLAINT**

08CV4152

**FILED**
8-28-2008 LCW
AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Judge Der-yeghiayan,

I'm writing do to a problem here with the counsel whom the program Administ' serv. Administration Mr. C. Warren. Who violation my Prison Refer process by making all grievances request. So i can't appeal it. This matter has been Broughten to the attention of Director Godinez, Superintendent E. Slaughter, And there's nothing been done about it. Also i'll like to have this letter and the grievance filed along with the rest of my complaint case number # 08CY152.

Thanks

John Keeler
John Keeler
2009 0016 247

08cv4152

Keeler v. Dart et al

*[handwritten at top:] I'd like to appeal from my grievance*

Part-A / Control #: **REQUEST**
Referred To: Supt Div 9
☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Keeler**     First Name: **John**
ID #: **2007-0016247**   Div.: **9**   Living Unit: **3G**   Date: **7/2/08**

BRIEF SUMMARY OF THE COMPLAINT: I've filed a grievance on 6-23-08 #2368 and I was sent to Detainee Keeler refused to call my attorney Als Hall and was denied by the unknown officer who worked Division 9 3B. I was told that the order came down for from Director Godinez to Superintendent Thomas. No only Detainees could use the phone are the ones out. This is not my first time writing the same grievance. I never been back from the grievance committee on my grievance. After writing a note I'll like to appeal it. I'll like to appeal my grievance from 4-23-08.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: Appeal on all my grievances date back 04-23-08 6-20-08

DETAINEE SIGNATURE: *John Keeler*

C.R.W.'S SIGNATURE: *V. Butler*     DATE C.R.W. RECEIVED: 7/18/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

AUG 28 2008

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: __Keeler__    First Name: __John__

ID#: __2007-0011247__  Div: __9__  Tier/LivingUnit: __3G__

Date of Request: __7/2/08__    Date C.R.W. Received Request: __7/10/08__

This request has been processed by: __V. Butler__ C.R.W.

**Summary of Request:**

Detainee is requesting a flexible time to come out of cell and call attorney.

**Response and/or Action Taken:**

Request for changing out-time denied. Times out rotated. Correspondance with Any. can be done in writing, in person, or during hour out.

__Lt. D. Grochowski__  __[signature]__  Date: __30/24/08__  Div./Dept. __9__
(Print- name of individual responding)   (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

*Please Note:*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

Detainee's Last Name: Keller   First Name: John

ID#: 007-0011297   Div: 9   Tier/LivingUnit: 3G

Date of Request: 7/1/08   Date C.R.W. Received Request: 7/15/08

This request has been processed by: _J. Miller_ C.R.W.

**Summary of Request:**

Detainee is requesting that the Protective Custody Inmates be allowed out of their cells the same hours as General Population.

**Response and/or Action Taken:**

All decisions related to Inmates hours out are made for the safety and security of the institution.

_____   _____   Date: 7/30/08   Div./Dept. 1
(Print- name of individual responding)   (Signature of individual responding)

(WHITE COPY – PROG. SERV. CENTRAL OFFICE)   (YELLOW COPY – C.R.W. WEEKLY PACK)   (PINK COPY – DETAINEE)