Dear Jedge Der-yeghiayan,

08CV4152 FILED
8-28-2008 LCW
AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I'm writing do to a problem I've with the counsel. Whom the program Administers Serv. Administration Mr. C. Warren. Who violation my Prison Refer process by making all grievances request. So i can't appeal it. This matter has been Broughten to the attention of Director Godinez, Superintendent E. Slaughter And there's nothing been done about it. Also i'll like to have this letter and the grievance filed along with the rest of my complaint case number # 08C4152.

thanks

John Keeler
John Keeler
2009c0016247

08cv4152

Keeler v. Dart et al

I'll like to appeal like this grievance

Part-A / Control #: **Request**

Referred To: **Supt Div 9**

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Keeler**   First Name: **John**

ID # **2007-0016247**   Div.: **9**   Living Unit: **3G**   Date: **7/2/08**

BRIEF SUMMARY OF THE COMPLAINT: I've filed a grievance on 5-23-08 4-23-08 and 6-23-08. Due to Detainee Keeler refused to call my Attorney. A's well and was denied by the unknown officer who worked Division 9 3B. I was told that the order came down for from Director Gardner to Superintendent Thomas. The only Detainee could use the phone are the ones out. This is not my first time writing the same grievance. I never hear back from the grievance committee on my grievance after writing a note ~~~~~. I'll like to appeal my grievance from 4-23-08.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: Appeal on all my grievances dates back to 4-23-08 6-20-08

DETAINEE SIGNATURE: **John Keeler**

C.R.W.'S SIGNATURE: **V. Butler**   DATE C.R.W. RECEIVED: **7/16/08**

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

MHN
PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

AUG 28 2008

*Please Note :*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

Detainee's Last Name: __Keeler__   First Name: __John__

ID#: __2007-0016247__  Div: __9__  Tier/Living Unit: __3G__

Date of Request: __7-17-08__   Date C.R.W. Received Request: __7-10-08__

This request has been processed by: __V. Butler__ C.R.W.

**Summary of Request:**
Detainee is requesting a flexible time to come out of cell and call attorney.

**Response and/or Action Taken:**
Request for changing out-time denied. Times out rotated. Correspondance with Aty. can be done in writing, in person, or during hour out.

__Lt. D. Grochowski__ - [signature]  Date: __30/07/08__ Div./Dept. __9__
(Print-name of individual responding)  (Signature of individual responding)

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

*Please Note :*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

Detainee's Last Name: __Keller__     First Name: __John__

ID#: __2007-0016247__   Div: __9__   Tier/LivingUnit: __3G__

Date of Request: __7-29-08__     Date C.R.W. Received Request: __7-29-08__

This request has been processed by: ____V. Biller____ C.R.W.

**Summary of Request:**

Detainee is requesting that the Protective Custody tiers be allowed out of their cells the same hours as General Population.

**Response and/or Action Taken:**

All Decisions Related to Detainee Hours Cut Back Made for the Safety and Security of the Institution.

__Capt. Walsh 141__    __Capt. Walsh__    Date: __7/30/08__ Div./Dept. __9__
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )   ( YELLOW COPY – C.R.W. WEEKLY PACK )   ( PINK COPY – DETAINEE )